HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LEE MEADOWS,

    Plaintiff,

    v.

D. FIELDS and R. RENDON,

    Defendant.

Case No. 2:08-cv-1204RBL

ORDER OF DISMISSAL

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Notice of Voluntary Dismissal [Dkt. #17] and Defendants' Notice of Non-Opposition to Plaintiff's Request for Dismissal [Dkt. #18]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Notice of Voluntary Dismissal **is GRANTED**. This matter is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this Order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of May 2010.

/s/ RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1